UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| SSC, Inc. DBA Sunnyvale Seafood,<br><br>                                  Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                                  Defendant. | **S U M M O N S**<br><br>Court No.  21-00555 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2809 - San Francisco | Center (if known): | CEE002 |
| Protest Number: | 280921108159 | Date Protest Filed: | 03/17/2021 |
| Importer: | SSC, Inc. DBA Sunnyvale Seafood | Date Protest Denied: | 04/13/2021 |
| Category of Merchandise: | Frozen Tilapia Fillets | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 08204023397 | 10/26/2019 | 09/18/2020 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jessica R. Rifkin
Benjamin L. England & Associates LLC
810 Landmark Drive, Suite 126
Glen Burnie, MD 21061
Tel: (410) 220-2800
jrrifkin@englandlawgroup.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Frozen Tilapia Fillets | 0304.61.0000 9903.88.03 | 25% ad valorem | 0304.61.0000 9903.88.43 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Protests filed under 19 U.S.C. 1514(a)(2),(3), and (5) contesting assessment of 25% ad valorem duties on subject goods pursuant to Sec. 301 of the Trade Act of 1974, 19 U.S.C. 2411 ("Section 301 duties"). Plaintiff contests assessment of Section 301 duties on goods covered by this action as they qualified for exclusion from Section 301 duties pursuant to 9903.88.43.

The issue which was common to all such denied protests:

Whether the imported goods qualify for classification in subheading 9903.88.43.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jessica R. Rifkin
_____
*Signature of Plaintiff's Attorney*

October 6, 2021
_____
*Date*