UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7

| | |
|---|---|
| SSC, Inc. DBA Sunnyvale Seafood,<br><br>                                Plaintiff,<br><br>      v.<br>United States,<br><br>                                Defendant. | Court No. 21-00555<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: January 31, 2023
_____

/s/ Jessica R. Rifkin
Benjamin L. England and Associates, LLC
Attorney for Plaintiff

810 Landmark Drive, Suite 126
Street Address

Glen Burnie, MD 21061
City, State and Zip Code

410-220-2800
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00555 | SSC, Inc. | 2809-21-108159 | 082-0402339-7 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                                                Clerk, U. S. Court of International Trade

                                                                By: _____
                                                                          Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)